# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CASEY LANNS

NO. 2019 KW 1252

DEC 0 6 2019

---

In Re:     Casey Lanns, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 07-18-0344.

---

BEFORE:     McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED.** Relator does not clearly state what relief he seeks. If relator intends to seek review of the district court's ruling denying his motion to be released from his bond obligation or his motion to quash, he should specifically request that relief and identify how he believes the district court erred. He should also include a copy of the motion, the bill of information, and pertinent district court minutes.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT